IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA MW     *

Vs                              *     CRIMINAL NO. JFM-09-0043

RAJENDRASINH BABUBHAI           *

MAKWANA                         *

******

**VERDICT FORM**

How do you find the defendant, **Rajendrasinh Babubhai Makwana,** as to Count One – Computer Intrusion, not guilty or guilty?

Not Guilty _____        Guilty ___✓_____

The forgoing constitutes the unanimous verdict of the jury.

10/4/10
_____              **SIGNATURE REDACTED**
Date                             Foreperson