**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA     *
         *
         *      Criminal No. JFM-09-0043
    v.          *      Civil No. – JFM-13-58
         *
RAJENDRASINH BABUBHAI MAKWANA   *
         ******

## MEMORANDUM

Rajendrasinh Babubhai Makwana has filed this motion under 28 U.S.C. § 2255 alleging that his counsel was ineffective.

Makwana essentially elaborates upon arguments that his counsel made on his behalf at trial. He was convicted after a five day jury trial that was vigorously fought. His counsel, members of the Federal Public Defender's Office in Maryland were highly competent. There is no ground for vacating his conviction.

A separate order denying Makwana's motion is being entered herewith.

Date:   August 6, 2013       ___/s/_____
                             J. Frederick Motz
                             United States District Judge